ELLEN F. ROSENBLUM
Attorney General
TRACY ICKES WHITE  #904127
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Tracy.I.White@doj.state.or.us

Attorneys for Defendants Department of Human Services and Carolina Caballero

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RACHEL SAWYER and DUSTIN ARNOLD, <br><br> Plaintiffs, <br><br> v. <br><br> LEGACY EMANUEL HOSPITAL & HEALTH CENTER, OREGON DEPARTMENT OF HUMAN SERVICES CHILD WELFARE, JAMES COUGHLIN, M.D., SUNSHINE CRONE, CAROLINA CABARELLO, <br><br> Defendants. | Case No.  3:18-cv-02128-SB <br><br> MOTION FOR EXTENSION OF TIME <br><br> **UNOPPOSED** |

## CERTIFICATE OF CONFERRAL

Counsel for defendants Oregon Department of Human Services and Carolina Cabarello ("State Defendants") has conferred with plaintiffs' counsel.  He has no objection to this motion.

Page 1 -   MOTION FOR EXTENSION OF TIME
         TIW/rrc/9335746-v1

## MOTION

The State Defendants move for an extension of time to file their response to plaintiffs' complaint, through and including January 14, 2019.  Currently, under Fed. R. Civ. P. 81(c)(2), the response is due by December 19, 2018 (seven days after the Notice of Removal was filed).  However, the State Defendants' counsel has not yet had an opportunity to meet with the client representatives to evaluate the complaint.  The requested extension will allow counsel time to fully evaluate and prepare an appropriate response.

This motion is presented in good faith and not for the purposes of delay.

DATED December   12  , 2018.

                                              Respectfully submitted,

                                              ELLEN F. ROSENBLUM
                                              Attorney General

                                              *s/ Tracy Ickes White*
                                              TRACY ICKES WHITE #904127
                                              Senior Assistant Attorney General
                                              Trial Attorney
                                              Tel (503) 947-4700
                                              Fax (503) 947-4791
                                              Tracy.I.White@doj.state.or.us
                                              Of Attorneys for Defendants

Page 2 -   MOTION FOR EXTENSION OF TIME
       TIW/rrc/9335746-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**CERTIFICATE OF SERVICE**

I certify that on December  12 , 2018, I served the foregoing MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Robert M. Snee<br>Robert M. Snee P.C.<br>PO Box 16866<br>Portland, OR 97292<br>   *of Attorneys for Plaintiff* | ___ HAND DELIVERY<br> X  MAIN DELIVERY<br>___ OVERNIGHT MAIL<br>___ SERVED BY E-FILING |

          *s/ Tracy Ickes White*
          TRACY ICKES WHITE #904127
          Senior Assistant Attorney General
          Trial Attorney
          Tel (503) 947-4700
          Fax (503) 947-4791
          Tracy.I.White@doj.state.or.us
          Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
          TIW/rrc/9290581-v1
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791